DENISE EATON-MAY, ESQ. (SBN 116780)
LAW OFFICES OF DENISE EATON-MAY, PC
1290 B Street, Suite 316
Hayward CA 94541
Tel.: 510.888.1345
Fax: 510.315.3015
Email: denise.may@eaton-maylaw.com

Attorney for Plaintiff
ADRIAN ROMERO, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN ROMERO, JR.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CALIFORNIA HIGHWAY PATROL,**<br><br>Defendants. | CASE NO.:   2:21-CV-01978-JAM-DB<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES** |

WHEREAS, Plaintiff filed his Complaint for Damages on July 30, 202 before the Superior Court of the County of Sacramento, State of California entitled *Adrian Romero, Jr. v. California Highway Patrol, et al.*,   designated as Case No. 34-2021-00305203.  The Complaint was pursuant to the Right to Sue issued  by the Equal Employment Opportunity Council (EEOC), docketed as EEOC Case No. 555-2020-00708C.

WHEREAS, on September 16, 2021, Plaintiff requested the EEOC to issue an immediate Right to Sue on his second charge of discrimination which Plaintiff filed on January 29, 2021 and docketed as EEOC Case No. 555-2021-00438C.

WHEREAS, on September 28, 2021, Plaintiff filed his First Amended Complaint and served it on Defendant.

WHEREAS, on September 29, 2021, Plaintiff received EEOC's Right to Sue to his second charge of discrimination (EEOC Case No. 555-2021-00438C).

WHEREAS, on November 15, 2021, Plaintiff filed a claim with DFEH against Defendant entitled *Adrian Romero, Jr. v. California Highway Patrol* and designated as DFEH Matter Number 202111-15374412.  Plaintiff requested an immediate Right to Sue and received the DFEH Right to Sue on November 15, 2021.

WHEREAS, Plaintiff seeks to file a Second Amended Complaint for Damages, which adds new factual allegations and claims for relief which are necessary for his case.

WHEREAS, a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as Exhibit "A."

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff shall file his Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A."

2. Defendant's response to the Second Amended Complaint shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

Date:   November  29, 2021        LAW OFFICES OF DENISE EATON-MAY, PC


By:  /s/ Denise Eaton-May

Denise Eaton-May, Attorneys for Plaintiff ADRIAN ROMERO JR


Date:   November  29, 2021        OFFICE OF THE ATTORNEY GENERAL


By:  /s/ David S. Kim

David S. Kim, Deputy Attorney General
Attorneys for Defendant
California Highway Patrol

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff, ADRIAN ROMERO, JR., shall file his Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A."

IT IS ALSO ORDERED that Defendant's response to the Second Amended Complaint shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

IT IS FURTHER ORDERED that the Second Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

DATED: November 30, 2021        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE