ROB BONTA
Attorney General of California
ANDREA R. AUSTIN
Supervising Deputy Attorney General
DAVID S. KIM
Deputy Attorney General
State Bar No. 324531
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6151
  Fax: (916) 324-5567
  E-mail: David.Kim@doj.ca.gov
*Attorneys for Defendant*
*California Highway Patrol*

Denise Eaton-May, Esq.
State Bar No. 116780
Law Offices of Denise Eaton-May, PC
1290 B Street, Suite 316
Hayward, CA 94541
(510) 888-1345
Denise.may@eaton-maylaw.com
*Attorney for Plaintiff*
*Adrian Romero Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN ROMERO, JR.,** | Case No. 2:21-cv-01978-JAM-DB |
| Plaintiff, | **STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, and DOES 1 THROUGH 20, inclusive,** | |
| Defendants. | Action Filed: July 30, 2021 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE TO THE FOLLOWING:

1. On October 25, 2021, Defendant California Highway Patrol ("CHP") removed this action to Federal Court. ECF No. 1.

2. On October 29, 2021, the Parties stipulated, under Local Rule 144(a), to extend CHP's time to respond to Plaintiff's First Amended Complaint by 28 days.  ECF No. 6.

3. On November 29, 2021, the Parties stipulated to permit Plaintiff to file a Second Amended Complaint, adding new factual allegations and claims arising from Plaintiff's recently-received administrative right-to-sue notices.  ECF No. 7.  Further, the Parties stipulated that CHP would be required to respond thirty (30) days after the filing of the Second Amended Complaint.

4. On December 1, 2021, the Court issued an order deeming the Second Amended Complaint filed as of the date of the order, and ordering CHP to respond to the Second Amended Complaint thirty (30) days after the filing of the Second Amended Complaint.  ECF No. 9.

5. On December 17, 2021, counsel for CHP and counsel for Plaintiff met and conferred by telephone, during which counsel for CHP notified counsel for Plaintiff of CHP's intent to file a motion to dismiss Plaintiff's Third Cause of Action for retaliation under Title VII, 42 U.S.C. § 2000e-3(a), and Fourth Cause of Action for retaliation under Cal. Labor Code § 1102.5.

6. On December 21, 2021, counsel for CHP and counsel for Plaintiff again met and conferred by telephone, during which counsel for Plaintiff agreed to amend Plaintiff's Second Amended Complaint to remove Plaintiff's cause of action under Title VII.  The Parties will continue to discuss the viability of Plaintiff's cause of action under Labor Code § 1102.5.

\ \ \

STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (2:21-cv-01978-JAM-DB)

7. Accordingly, the Parties request that Plaintiff be granted leave to file a Third Amended Complaint on or before January 18, 2022. The Parties further request that CHP be given thirty (30) days from the date Plaintiff files his Third Amended Complaint, to answer or otherwise respond to the Third Amended Complaint.

**IT IS SO STIPULATED.**

Dated: December __, 2021                Respectfully submitted,

                                        ROB BONTA
                                        Attorney General of California
                                        ANDREA R. AUSTIN
                                        Supervising Deputy Attorney General



                                        DAVID S. KIM
                                        Deputy Attorney General
                                        *Attorneys for Defendant*
                                        *California Highway Patrol*

Dated: December __, 2021                Respectfully submitted,

                                        DENISE EATON-MAY



                                        DENISE EATON-MAY, ESQ.
                                        *Attorney for Plaintiff*
                                        *Adrian Romero, Jr.*

STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (2:21-cv-01978-JAM-DB)

# ORDER

After considering the Parties' stipulation, the Court hereby grants Plaintiff Adrian Romero, Jr. leave to file a Third Amended Complaint on or before January 18, 2022. The Court further orders Defendant California Highway Patrol to answer or otherwise respond to the Third Amended Complaint no later than thirty (30) days from the date Plaintiff files his Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE