DENISE EATON-MAY, ESQ. (SBN 116780)
LAW OFFICES OF DENISE EATON-MAY, PC
1290 B Street, Suite 316
Hayward CA 94541
Tel.: 510.888.1345
Fax: 510.315.3015
Email: denise.may@eaton-maylaw.com

Attorney for Plaintiff ADRIAN ROMERO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN ROMERO, JR.,**<br><br>Plaintiff,<br><br>vs.<br><br>**CALIFORNIA HIGHWAY PATROL,**<br><br>Defendant. | CASE NO.:   2:21-CV-01978-JAM-DB<br><br>**JOINT STIPULATION TO EXTEND TRIAL AND PRE-TRIAL DATES AND ORDER**<br><br>**Pursuant to Fed. R. Civ. P. 16(b)(4) and L.R. 16-14** |

The parties, Plaintiff ADRIAN ROMERO, JR. ('Plaintiff') and Defendant CALIFORNIA HIGHWAY PATROL ("Defendant"), through their respective attorneys of record, hereby move the Court to reschedule certain dates set by this Court in the Pre-Trial Scheduling Order of January 5, 2022 (Docket Document 13 herein).

WHEREAS, Plaintiff filed his Third Amended Complaint on January 18, 2022 after substantial meet and confer with Defendant.

WHEREAS, the Court issued a Pre-Trial Scheduling Order on January 5, 2022, setting the Final Pretrial Conference to August 11, 2023 and Trial to September 25, 2023.

1  WHEREAS, Plaintiff's attorney has experienced an unanticipated personal matter (death of spouse) that has impacted her time and ability to prepare and respond to discovery requests that will produce information that will enable the parties to engage in meaningful settlement negotiation.

WHEREAS, Plaintiff's counsel has recently been informed that the original attorney for Defendant CHP, has left the Department of Justice and that a new attorney for Defendant CHP has recently been assigned. Plaintiff's attorney met and conferred with Defendant's new attorney on or about October 14, 2022 regarding Plaintiff's concerns on the progress of this action due to personal challenges.

WHEREAS, CHP's new attorney has no objection to Plaintiff's attorney's request for extension of trial date in light of Plaintiff's attorney's adverse personal circumstances, acknowledges Plaintiff's attorney's situation as a legitimate reason for an extension of time, and accepts in good faith the reasons offered.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties to this action as follows:

1. That the Final Pretrial Conference currently set for August 11, 2023 be continued to March 2024.

2. That the Trial set in this action currently set for September 25, 2023 be continued to April 2024.

3. That all other deadlines set by the Court in its Pre-Trial Scheduling Order of January 5, 2022 be moved to a later corresponding date. The parties suggest the following continued deadlines:

| | | |
|---|---|---|
| Last Day to Disclose Experts | - | July 2023 |
| Last Day Discovery | - | October 2023 |
| Last Day to file Dispositive Motion | - | December 2023 |
| Hearing on Dispositive Motion | - | January 2024 |

**IT IS SO STIPULATED**:

Dated: October 25, 2022                       LAW OFFICES OF DENISE EATON-MAY, PC

                                              By:  /s/ Denise Eaton-May
                                              DENISE EATON-MAY
                                              Attorneys for Plaintiff
                                              ADRIAN ROMERO, JR.


Dated: October 25, 2022                       Rob Bonta
                                              Attorney General Of California
                                              Celine M. Cooper
                                              Supervising Deputy Attorney General


                                              By:  /s/ Vanessa W. Mott
                                              VANESSA W. MOTT
                                              Deputy Attorney General
                                              Attorneys for Defendant
                                              CALIFORNIA HIGHWAY PATROL

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. That the Final Pretrial Conference currently set for August 11, 2023 be continued to March 22, 2024 at 10:00 AM.

2. That the Trial set in this action currently set for September 25, 2023 be continued to May 6, 2024 at 9:00 AM.

3. That all other deadlines set by the Court in its Pre-Trial Scheduling Order of January 5, 2022 be moved to a later corresponding date as set forth below:

| | | |
|---|---|---|
| Last Day to Disclose Experts | - | July 28, 2023 |
| Last Day Discovery | - | October 27, 2023 |
| Last Day to file Dispositive Motion | - | December 8, 2023 |
| Hearing on Dispositive Motion | - | February 13, 2024 at 1:30 PM |

**IT IS SO ORDERED**.

DATED: October 25, 2022            /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE