1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CELINE M. COOPER, State Bar No. 167902
   Supervising Deputy Attorney General
3  REBECCA M. O'GRADY, State Bar No. 273761
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone:  (619) 738-9148
    Fax:  (619) 645-2581
7   E-mail:  Rebecca.OGrady@doj.ca.gov
   *Attorneys for Defendant*
8  *California Highway Patrol*

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
   | | |
   |---|---|
   | **ADRIAN ROMERO, JR.,** | 2:21-cv-01978-JAM-SCR |
   | Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
   | v. | |
   | **CALIFORNIA HIGHWAY PATROL, and DOES 1 through 20, inclusive,** | Judge:  The Honorable Sean C. Riordan |
   | Defendants. | Action Filed:  September 28, 2021 |

20      Plaintiff ADRIAN ROMERO, JR. ("Plaintiff") and Defendant CALIFORNIA HIGHWAY

21  PATROL ("Defendant") (collectively, "the Parties"), through their respective attorneys of record,

22  hereby move the Court to extend the deadlines for the discovery cut-off and dispositive motion,

23  and if necessary, the trial and related dates.

24      WHEREAS, the last day to disclose experts was March 1, 2024.

25      WHEREAS, the last day to disclose supplemental experts was April 12, 2024.

1

1  WHEREAS, the last day for discovery in this matter is December 1, 2024.

2  WHEREAS, the last day to file a dispositive motion is January 24, 2025.

3  WHEREAS, the hearing date for a dispositive motion is March 25, 2025.

4  WHEREAS, the final pretrial conference is on May 23, 2025.

5  WHEREAS, the trial in this matter is set for July 7, 2025, at 9:00 a.m.

6  WHEREAS, discovery is ongoing and the Parties have not completed discovery in this matter.

7  WHEREAS, counsel for CHP went on an unexpected medical leave of absence at the beginning of April 2024 and did not return until the end of May 2024; Counsel for CHP also went out on family medical leave from June 21, 2024 until at least July 8, 2024.

8  WHEREAS, this matter was transferred within the Attorney General's office to Deputy Attorney General Rebecca O'Grady on or around July 24, 2024, as the new counsel for the CHP.

9  WHEREAS, counsel for the CHP, Ms. O'Grady, was engaged in trial in another matter in San Bernardino from approximately September 3, 2024 until October 23, 2024.

10 WHEREAS, counsel for Plaintiff experienced a medical emergency and is currently out on an unexpected medical leave of absence.

11 WHEREAS, the Parties agree that they need additional time to conduct discovery, consider the filing of any dispositive motions, and engage in settlement discussions.

12 WHEREAS, the Parties believe that at least a three (3) month extension of the deadlines to complete discovery and bring a dispositive motion is needed to complete discovery, prepare this matter for trial, and engage in alternative dispute resolution.

13 WHEREAS, on or around February 23, 2024 and May 15, 2024, the Court granted a request to continue the aforementioned pre-trial and trial dates.

14 Now, therefore, IT IS HEREBY STIPULATED by and between the Parties to this action as

follows:

That the deadlines for the discovery cut-off and dispositive motion be extended, and if necessary, the trial and related dates be continued; and it is hereby requested by the Parties that this Court modify its Pretrial Scheduling Order, dated May 15, 2024, with the extended corresponding dates.

**IT IS SO STIPULATED.**

Dated: 11/18/2024                                        LAW OFFICES OF DENISE EATON-MAY, PC

By: _/s/ Denise Eaton-May_____
DENISE EATON-MAY
Attorneys for Plaintiff
ADRIAN ROMERO, JR.

Dated: 11/18/2024

Rob Bonta
Attorney General of California
Alice Quinton
Supervising Deputy Attorney General


By: _/s/ Rebecca O'Grady_____
Rebecca M. O'Grady
Deputy Attorney General
Attorneys for Defendant CALIFORNIA HIGHWAY PATROL

SD2021304925

3

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Date |
|---|---|
| Last Day to Disclose Experts | March 1, 2024 |
| Supplemental Expert Disclosure | April 12, 2024 |
| Last Day of Discovery | **March 07, 2025** |
| Last Day to File a Dispositive Motion | **May 02, 2025** |
| Hearing on Dispositive Motion | **July 01, 2025, at 01:00 p.m.** |
| Joint Mid-Litigation Statement Filing Deadlines | Fourteen (14) days prior to the close of discovery |
| **Final Pretrial Conference** | **August 29, 2025, at 10:00 a.m.** |
| **Trial** (10-14 Days) | **October 20, 2025, at 09:00 a.m.** |

All other instructions contained in the January 05, 2022, Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

Dated: November 20, 2024         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE